**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

KERRY S. CREAMER,

    Petitioner,

v.                                     CASE NO. 4:11cv91-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 10, 2012. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (doc. 12) is GRANTED, the petition for a writ of habeas corpus (doc. 1) is DISMISSED without prejudice, and a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

**DONE AND ORDERED** this 30th day of March, 2012.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS
                                      CHIEF UNITED STATES DISTRICT JUDGE**